**Allen D. ADAMS, II, et al., Appellants**

v.

**PENSION BENEFIT GUARANTY CORP., Pichin Corp., Appellees.**

**Nos. 04–5333, 04–5334.**

United States Court of Appeals, District of Columbia Circuit.

Jan. 27, 2006.

Rehearing En Banc Denied April 28, 2006.

David Samuel Dessen, Dessen Moses & Sheinoff, Willow Grove, PA, for Appellants.

Aula J. Connelly, Jeffrey B. Cohen, Pension Benefit Guaranty Corporation, (PBGC) Office of General Counsel, David P. Gersch, Andrew Tanner Karron, John D. Daley, Graham James Jenkins, Arnold & Porter LLP, Washington, DC, for Appellees.

Before GINSBURG, Chief Judge, RANDOLPH, Circuit Judge, and EDWARDS, Senior Circuit Judge.

***JUDGMENT***

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs and arguments of the parties. It is

**ORDERED AND ADJUDGED** that the judgment of the district court be affirmed for the reasons stated in the opinion of the district court, *see Adams v. Pension Benefit Guar. Corp.*, 332 F.Supp.2d 231 (D.D.C. 2004), except insofar as the district court based Part IV.C of its decision upon the alternative ground of res judicata.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.